UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD ROBERTS,<br><br>     Plaintiff,<br> vs.<br><br>CITIBANK, N.A.,<br><br>     Defendant. | Case No.: 2:24-cv-01375-GMN-MDC<br><br>**ORDER** |

Pending before the Court is the Motion to Dismiss for Insufficient Service of Process and Failure to State a Claim (ECF No. 5), filed by Citibank, N.A. ("Defendant"). Richard Roberts, ("Plaintiff"), is pro se and does not receive electronic filing notifications. The Motion to Dismiss was mailed to Richard Roberts ("Plaintiff") at the address listed on the docket: 5348 Vegas Drive #1436 Las Vegas, NV 89108. (Mot. Dismiss at 8, ECF No. 5). Plaintiff had until August 16, 2024, to file a Response, but did not do so.

This case was originally filed in state court, Case No. A-24-894439-C, and Defendant remanded the matter to federal court. While no Response was filed in the federal case, the Court is aware that Plaintiff filed a Response to Defendant's Motion to Dismiss, in the state court case seemingly responding the Defendant's Motion filed in this Court. In that Response, Plaintiff asked for an extension "to file an opposition." Because Plaintiff is pro se, the Court liberally construes Plaintiff's request as asking for an extension to file a Response to Defendant's Motion to Dismiss.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff has until November 6, 2024, to file a Response to Defendant's Motion to Dismiss in the <u>federal court case</u>. **IT IS FURTHER ORDERED** that Defendant shall file a reply by November 13, 2024.

The Clerk of Court is kindly directed to mail Plaintiff a copy of the Litigant Advisory Letter along with a copy of this Order to:

Richard Roberts

5348 Vegas Drive #1436

Las Vegas, NV 89108

Dated this __23__ day of October, 2024.

_____
Gloria M. Navarro, District Judge
United States District Court